UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE CHROMACODE LITIGATION | Case No. 23-cv-04823-EKL (VKD)<br><br>**ORDER RE MOTIONS TO SEAL**<br>Re: Dkt. Nos. 127, 137 |

Plaintiffs California Institute of Technology and ChromaCode, Inc. (collectively, "ChromaCode") filed two administrative motions to consider whether another party's material should be sealed in connection with their motion for leave to amend infringement contentions. Dkt. Nos. 127, 137. Defendant Bio-Rad Laboratories, Inc. ("Bio-Rad") and non-party Verily Life Sciences, LLC ("Verily") filed statements regarding their requests to seal. Dkt. Nos. 131, 140. As the sealing motions relate to a discovery matter, the good cause standard applies. *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1097-98 (9th Cir. 2016); *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179-80 (9th Cir. 2006).

ChromaCode's first motion to seal relates to Bio-Rad's and Verily's materials. Dkt. No. 127. Bio-Rad and Verily state that Exhibits 1 and 6 do not require sealing. Dkt. No. 131 at 3. Additionally, Verily states that Exhibits 2 and 7 need not be sealed in their entirety, and requests to seal portions of those exhibits to protect confidential business information. *See id.* at 2, 4-5. Good cause appearing, the Court grants ChromaCode's first motion to seal, except as to Exhibits 1 and 6. Accordingly, ChromaCode must file public versions of Exhibits 1 and 6, and public redacted versions of Exhibits 2 and 7, with the redactions Verily identifies.

1   The Court also grants ChromaCode's second motion to seal another party's material (Dkt.
2   No. 137).  Bio-Rad requests to seal portions of Exhibit 3 that contain confidential business
3   information as "their disclosure would create a substantial risk of serious harm."  Dkt. No. 140 at
4   3-4.  Bio-Rad explains that the information it seeks to seal relates to the identification of custom
5   assays that have not been disclosed to the public or to Bio-Rad's competitors.  *Id.* at 4.  The Court
6   finds good cause to keep the requested material sealed.  ChromaCode must file a revised public
7   version of Exhibit 3 with the redactions identified by Bio-Rad.  *See id*. at 2.

ChromaCode shall file public versions of the documents at issue, with appropriate redactions, in accordance with the determinations above, by **October 23, 2025**.

**IT IS SO ORDERED.**

Dated: October 9, 2025

Virginia K. DeMarchi
United States Magistrate Judge