United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE CHROMACODE LITIGATION

Case No. 23-cv-04823-EKL (VKD)

**ORDER RE AUGUST 10, 2026 DISCOVERY DISPUTE RE BIO-RAD'S DOCUMENT PRODUCTION AND DISCOVERY RESPONSES**

Re: Dkt. No. 273

On August 10, 2026, plaintiffs and counter-defendants ChromaCode, Inc. ("ChromaCode") and California Institute of Technology ("Caltech") filed a joint discovery dispute submission asking the Court to order defendant and counter-claimant Bio-Rad Laboratories, Inc. ("Bio-Rad") to "produce all agreements between the University of Southern California ("USC") and Bio-Rad relating to the Caltech patents asserted in this case, including any rights pertaining to Caltech's asserted patents and further concerning USC's lawsuit filed against Caltech and the inventors, together with all related communications." Dkt. No. 273 at 1. With the exception of portions of specific agreements, Bio-Rad opposes this request, and in turn, asks the Court to order Caltech to produce documents regarding its relationship with a litigation funder. *Id.* at 4-5, 6.

As the parties acknowledge, fact discovery in this case closed on March 31, 2026. *See id.* at 8. Discovery disputes must be presented to the Court for resolution no later than seven days after the fact discovery cutoff. *See* Civil L.R. 37-3. Thus, any disputes concerning fact discovery should have been submitted no later than April 7, 2026. The parties have neither sought nor obtained an extension of the fact discovery cutoff or the deadline for filing discovery-related motions. *See* Fed. R. Civ. P. 16(b)(4) ("A schedule may be modified only for good cause and with

United States District Court
Northern District of California

the judge's consent."). Accordingly, the Court denies as untimely ChromaCode's and Caltech's request for relief, and Bio-Rad's contingent request for relief. *See Smahi v. STMicroelectronics, Inc.,* No. 23-cv-06645-PCP (VKD), 2026 WL 1622827, at *1 (N.D. Cal. June 4, 2026) (denying untimely request for order compelling document production).

The Court reminds the parties that they each have an affirmative duty to supplement their respective discovery responses, including their document productions, under Rule 26(e) where the prior responses and productions are materially incomplete or incorrect, and that this duty extends past the close of discovery. *See, e.g., Valeo Schalter und Sensoren GmbH v. NVIDIA Corp.*, No. 23-cv-05721-EKL (VKD), 2024 WL 3916101, at *1 (N.D. Cal. Aug. 23, 2024); *In re Google RTB Consumer Priv. Litig.*, No. 21-cv-02155-YGR (VKD), 2023 WL 3046793, at *2 (N.D. Cal. Apr. 21, 2023).

**IT IS SO ORDERED.**

Dated: August 12, 2026

Virginia K. DeMarchi
United States Magistrate Judge